BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:  (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Petitioner,<br><br>　　　　　v.<br><br>BARRY S. HALAJIAN,<br><br>　　　　　　　　Respondent. | 1:15-CV-00632-LJO-GSA<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>**Taxpayer:**<br>**BARRY S. HALAJIAN**<br><br>**OLD HEARING DATE:**<br><br>Date:　June 12, 2015<br>Time:　9:30 a.m.<br>Ctrm:　10, 6th Floor<br><br>**NEW HEARING DATE:**<br><br>Date:　August 21, 2015<br>Time:　9:30 a.m.<br>Ctrm:　10, 6th Floor |

　　　Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, June 12, 2015, at 9:30 a.m., in Courtroom No. 10, before the Honorable Gary S. Austin.  The additional time is needed in order to (1) make further attempts of service upon the respondent, BARRY S. HALAJIAN; and (2) have sufficient time to file and serve a

PETITIONER'S REQUEST FOR CONTINUANCE
OF ORDER TO SHOW CAUSE HEARING; ORDER

1

1  Motion for Alternate Service of Process, should further attempts at service fail.  A proposed
2  Order is submitted herewith.
3  Dated:  June 10, 2015                                        Respectfully submitted,
4                                                                                  BENJAMIN B. WAGNER
                                                                                    United States Attorney
5
6
7                                                                   By:      /s/  Bobbie J. Montoya
                                                                                  BOBBIE J. MONTOYA
8                                                                                  Assistant U.S. Attorney
                                                                                    Attorneys for Petitioner
9                                                                                  United States of America

PETITIONER'S REQUEST FOR CONTINUANCE
OF ORDER TO SHOW CAUSE HEARING; ORDER

**ORDER**

Based on the request of Petitioner for additional time to serve Respondent, the Order to Show Cause Hearing, currently set for June 12, 2015 at 9:30 a.m., is CONTINUED to **August 21, 2015**, at **9:30 a.m.**, in Courtroom No. 10.

IT IS SO ORDERED.

Dated:   **June 10, 2015**               **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

PETITIONER'S REQUEST FOR CONTINUANCE
OF ORDER TO SHOW CAUSE HEARING; ORDER

3