BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BARRY S. HALAJIAN,<br><br>　　　　　Respondent. | 1:15-CV-00632-LJO-GSA<br><br>**PETITIONER'S SECOND REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>**Taxpayer:**<br>**BARRY S. HALAJIAN**<br><br>**OLD HEARING DATE:**<br><br>Date:　August 21, 2015<br>Time:　9:30 a.m.<br>Ctrm:　10, 6th Floor<br><br>**NEW HEARING DATE:**<br><br>Date:　October 23, 2015<br>Time:　9:30 a.m.<br>Ctrm:　10, 6th Floor |

　　　Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a further continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, August 21, 2015, at 9:30 a.m., in Courtroom No. 10, before the Honorable Gary S. Austin.  The additional time is needed in order to (1) make further attempts of service upon the respondent, BARRY S. HALAJIAN; and (2) have sufficient time to file and

PETITIONER'S SECOND REQUEST FOR CONTINUANCE　　　　　　　　　　　　　　　　　　　　　1
OF ORDER TO SHOW CAUSE HEARING

serve a Motion for Alternate Service of Process, should further attempts at service fail.  A proposed Order is submitted herewith.

Dated:  August 19, 2015	Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


By:	  /s/  Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

# ORDER

Petitioner's request for a continuance of the OSC hearing is granted.  IT IS HEREBY ORDERED that the Order to Show Cause Hearing currently scheduled for Friday, August 21, 2015 at 9:30 am is VACATED.  The Order to Show Cause Hearing will now be held on Friday, October 23, 2015, at 9:30 a.m., in Courtroom No. 10.  Petitioner shall file a Second Amended Order to Show Cause containing the new hearing date **no later than August 28, 2015.**

IT IS SO ORDERED.

Dated:   **August 19, 2015**               /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE