BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
Email:  Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>          v.<br><br> BARRY S. HALAJIAN,<br><br>                    Respondent. | 1:15-cv-00632-LJO-EPG<br><br>**ORDER TO DISMISS AND CLOSE CASE**<br><br>Taxpayer:  **BARRY S. HALAJIAN** |

Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 31, the Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **April 22, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS AND CLOSE CASE            1